

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★  ★  ★    ★  ★  ★

## MEMORANDUM OPINION

No. 04-10-00155-CR

Lestol Abner **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR7157
Honorable Catherine Torres Stahl, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed: March 10, 2010

DISMISSED

Lestol Abner Davis filed a notice of appeal seeking to appeal from a sentence imposed on October 15, 2008. The judgment was in accordance with Davis's plea bargain agreement, and the record does not contain a trial court's certification showing Davis has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH